```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 24536
   ANGELA M RUSSELL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8292

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/21/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.47% from remaining funds.

     The case was paid in full 07/09/2008.
------------------------------------------------------------------------------
                                                      INTEREST       PRINCIPAL
CREDITOR NAME              CLASS          CLAIM AMOUNT    PAID            PAID
------------------------------------------------------------------------------
JP MORGAN CHASE BANK NA  CURRENT MORTG       .00          .00              .00
JP MORGAN CHASE BANK NA  CURRENT MORTG       .00          .00              .00
CHASE MANHATTAN MORTGAGE NOTICE ONLY   NOT FILED          .00              .00
ECAST SETTLEMENT CORP    UNSECURED       7820.84          .00          2539.35
CARSON PIRIE SCOTT       UNSECURED OTH    330.21          .00           106.95
CIRCUIT CITY PRIVATE LAB SECURED          400.00          .00           400.00
LVNV FUNDING LLC         UNSECURED OTH    982.85          .00           318.33
ECAST SETTLEMENT CORP    UNSECURED      13698.08          .00          4447.63
CITI FINANCIAL           UNSECURED      NOT FILED         .00              .00
HOME DEPOT               UNSECURED      NOT FILED         .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED        5113.42         .00          1660.28
MACYS                    UNSECURED      NOT FILED         .00              .00
ECAST SETTLEMENT CORP    UNSECURED OTH    844.17          .00           277.39
SEARS PAYMENT CENTER     UNSECURED      NOT FILED         .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED OTH   2299.84          .00           744.87
BANK ONE                 NOTICE ONLY    NOT FILED         .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED OTH    436.48          .00           141.37
ZALUTSKY & PINSKI LTD    REIMBURSEMENT    194.00          .00           194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,700.00                     2,700.00
TOM VAUGHN               TRUSTEE                                        869.83
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             14,400.00

PRIORITY                                      194.00
SECURED                                       400.00
UNSECURED                                  10,236.17
ADMINISTRATIVE                              2,700.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24536 ANGELA M RUSSELL
```

```
TRUSTEE COMPENSATION                                        869.83
DEBTOR REFUND                                                  .00
                                      ---------------   ---------------
TOTALS                                      14,400.00         14,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 24536 ANGELA M RUSSELL